Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 13, 2007








Petition for
Writ of Mandamus Denied and
Memorandum Opinion filed November 13, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00796-CV

____________

 

IN RE BRUCE KEES, Relator

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R A N D U M   O P I N I O N

On September 21, 2007, relator Bruce Kees filed a petition
for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex.
R. App. P. 52.  In his petition,
relator asks that we compel the presiding judge of the 178th District Court of
Harris County to set aside one or more orders and to grant an evidentiary
hearing on certain issues pertaining to relator=s conviction in 2005 of aggravated
sexual assault.  

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed November 13, 2007.

Panel consists of Justices Yates, Fowler, and
Guzman.